UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITEED STATES OF AMERICA,

        Plaintiff,

        v.

$131,901.65 U.S. Currency seized from
Bank of America Account, et al.,

        Defendants.
_____

22-CV-
Request for Arrest Warrant
in Rem Cover Sheet

| X | The property **is** in the government's possession, custody, or control. |

    The United States of America respectfully requests that the Clerk to issue a warrant of arrest in rem pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

-------------- OR --------------

| ☐ | The property **is not** in the government's possession, custody, or control. |

    The United States of America shall make a motion requesting that the Court issue a warrant of arrest in rem pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Date: August 4, 2022

                                                   *s/*GRACE M. CARDUCCI
                                                   Assistant United States Attorney