IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        22-CV-00601

   -v-

$131,901.65 UNITED STATES CURRENCY,
SEIZED FROM BANK OF AMERICA
ACCOUNT et. al.

        Defendants.

---

## VERIFIED CLAIM

PLEASE TAKE NOTICE that Frank Parlato, with an address of Florida hereby makes a claim to the above-captioned case related to the seizure of $131,901.65 United States Currency.

Frank Parlato does hereby declare under penalty of perjury, that he has an interest in the funds as follows:

Ownership interest.

Dated: August 4, 2022

        _____
        FRANK PARLATO

Subscribed and Sworn to before
me this 5th day of August, 2022.

_____
Notary Public

KENNETH A. MANNING
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 2/20/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                                  22-CV-00601

$131,901.65 UNITED STATES CURRENCY,
SEIZED FROM BANK OF AMERICA
ACCOUNT et. al.

        Defendant.

---

## AFFIRMATION OF SERVICE

I, Herbert Greene, served a copy of the Verified Claim by mailing this document on August 5, 2022 to:

**ADDRESSEE:**
AUSA Grace Carducci
U.S. Attorney's Office
Western District of New York
100 State Street, Room 500
Rochester, New York 14614

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: 8/5/22