UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

                        Plaintiff,

-v-                                            22-CV-601

$131,901.65 United States currency seized from Bank of America account number XXXXXXX8448 in the name of New York IOLA Trust Accounts, Frank R. Parlato Trustee;

$460,986.32 United States currency seized from First Niagara Bank account number XXXXXX4836 in the name of Frank Parlato IOLA Fund of the State of New York; and

$222,310.72 of the $407,250.23 United States currency seized from Key Bank account number XXXXXXXX0606 in the name of Frank R Parlato IOLA Fund Attorney Escrow Account/IOLA,

                        Defendants.

## ORDER FOR SETTLEMENT AND FORFEITURE

**WHEREAS** on August 5, 2022, a Stipulation for Settlement and Forfeiture was filed wherein the plaintiff and the claimant, Frank R. Parlato, Jr., agreed to settle this case in lieu of further litigation;

**AND WHEREAS** no other parties have filed a claim to the defendant accounts; it is therefore

**ORDERED, ADJUDGED and DECREED** the defendant accounts, described as:

$131,901.65 United States currency seized from Bank of America account number XXXXXXX8448 in the name of New York IOLA Trust Accounts, Frank R. Parlato Trustee;

$460,986.32 United States currency seized from First Niagara Bank account number XXXXXX4836 in the name of Frank Parlato IOLA Fund of the State of New York; and

$222,310.72 of the $407,250.23 United States currency seized from Key Bank account number XXXXXXXX0606 in the name of Frank R Parlato IOLA Fund Attorney Escrow Account/IOLA,

are hereby forfeited to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and shall be disposed of according to law.

**SO ORDERED.**

DATED:   August 5, 2002
         Buffalo, New York

_____
HONORABLE RICHARD J. ARCARA
United States District Judge