**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 22-CV-601-A |
| **DEFENDANT** $131,901.65 U.S. Currency seized from Bank of America Account | **TYPE OF PROCESS** Order for Settlement and Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$131,901.65 U.S. Currency c/o U.S. Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 Niagara Square, Buffalo, New York 14202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Cheryl LoTempio
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, NY 14202

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
15-FBI-005493

Deposit forfeited currency; victims notified of petition process; do not dispose of currency until petition decision is issued

Signature of Attorney other Originator requesting service on behalf of:
CHERYL LOTEMPIO (Digitally signed by CHERYL LOTEMPIO, Date: 2022.08.09 08:58:59 -04'00')
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 716-843-5823
DATE: 8/9/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 55
District to Serve No. 55
Signature of Authorized USMS Deputy or Clerk
Date: 08/09/2022

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Date: 8/9/22
Time: N/A
☐ am ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: Jenelle C Yager

[FILED AUG 9 2022 - MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

$131,901.65 USC was Forfeited to the United States of America and disposed of in accordance to law by the US Marshals Service on 08/09/2022

Form USM-285
Rev. 03/21

CONTROLLED/CHRI


**U.S. Department of Justice**
United States Marshals Service

**Process 055-1:2022-CV-00601-2 | Cost Worksheet**
Printed on: 08/09/2022

### PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/NY - BUFFALO | W/NY - BUFFALO | USA v. 15-FBI-005493/$131,901.65 USC |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Government | FinalForfeiture | United States Marshal Service Asset Forfeiture Unit |

### SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 08/09/2022 15:12 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/09/2022 15:28 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$130.00** |
| **Remaining Process to Serve:** | |

UNCLASSIFIED//FOR OFFICIAL USE ONLY
Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against disclosure in accordance with The Privacy Act of 1974, 5 USC § 552a.

Printed By District: W/NY                                                                                                          Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 22-CV-601-A |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $460,986.32 U.S. Currency seized from First Niagara Bank Account | Order for Settlement and Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$460,986.32 U.S. Currency c/o U.S. Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 Niagara Square, Buffalo, New York 14202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Cheryl LoTempio
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, NY 14202

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
15-FBI-005491

Deposit forfeited currency; victims notified of petition process; do not dispose of currency until petition decision is issued

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
CHERYL LOTEMPIO  Digitally signed by CHERYL LOTEMPIO  Date: 2022.08.09 09:00:17 -04'00'
TELEPHONE NUMBER: 716-843-5823
DATE: 8/9/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 55
District to Serve No. 55
Signature of Authorized USMS Deputy or Clerk
Date: 08/09/2022

[X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. shown at the address inserted below.

Date: 8/9/22   Time: N/A

Signature of U.S. Marshal or Deputy

*FILED AUG 9 2022 — MARY C. LOEWENGUTH, CLERK — WESTERN DISTRICT OF NY*

Costs shown on attached USMS Cost Sheet >>

REMARKS:
$460,986.32 USC was Forfeited to the United States of America and disposed of in accordance to law by the US Marshals Service on 08/09/2022

Form USM-285
Rev. 03/21

CONTROLLED/CHRI


**U.S. Department of Justice**
United States Marshals Service

**Process 055-1:2022-CV-00601-1 | Cost Worksheet**
Printed on: 08/09/2022

### PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/NY - BUFFALO | W/NY - BUFFALO | USA v. 15-FBI-005493/$131,901.65 USC |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Government | FinalForfeiture | United States Marshal Service Asset Forfeiture Unit |

### SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 08/09/2022 15:05 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/09/2022 15:16 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$65.00** |
| **Remaining Process to Serve:** | 055-1:2022-CV-00601-2 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY