| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>United States of America | RECEIVED | COURT CASE NUMBER<br>22-CV-601-A |
|---|---|---|
| DEFENDANT<br>$222,310.72 of the $407,250.23 U.S. Currency seized from Key Bank Account | 2022 AUG -9 PM 4:37<br>US MARSHALL SERVICE | TYPE OF PROCESS<br>Order for Settlement and Forfeiture |

| **SERVE AT** { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>$222,310.72 of the $407,250.23 U.S. Currency Seized from Key Bank c/o U.S. Marshals Service |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>2 Niagara Square, Buffalo, New York 1402 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Cheryl LoTempio<br>U.S. Attorney's Office<br>138 Delaware Avenue<br>Buffalo, NY 14202 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

15-FBI-005519

Deposit forfeited currency; victims notified of petition process; do not dispose of currency until petition decision is issued.

| Signature of Attorney other Originator requesting service on behalf of:<br>CHERYL LOTEMPIO Digitally signed by CHERYL LOTEMPIO Date: 2022.08.09 15:59:24 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>716-843-5823 | DATE<br>8/9/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 55 | District to Serve<br>No. 55 | Signature of Authorized USMS Deputy or Clerk | Date<br>08\09\2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served *(if not shown above)* | Date<br>8/11/2022 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Jenelle e young* | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

$222,310.72 USC was Forfeited to the United States of America and disposed of in accordance to law by the US Marshals Service on August 11, 2022

UNITED STATES DISTRICT COURT<br>FILED<br>AUG 12 2022<br>MARY C. LOEWENGUTH, CLERK<br>WESTERN DISTRICT OF NY

Form USM-285<br>Rev. 03/21

CONTROLLED/CHRI

 **U.S. Department of Justice**
United States Marshals Service

**Process 055-1:2022-CV-00601-3 | Cost Worksheet**
Printed on: 08/12/2022

---

**PROCESS INFORMATION**

| | | | |
|---|---|---|---|
| **Case Type** CV - Civil | **Origin District** W/NY - BUFFALO | **Serving District** W/NY - BUFFALO | **Case Caption** USA v. 15-FBI-005493/$131,901.65 USC |
| **Civil/Criminal** Civil | **Attribute** Government | **Process Type** FinalForfeiture | **Party to be Served** United States Marshal Service Asset Forfeiture Unit |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 08/09/2022 08:52 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/11/2022 00:00 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$195.00** |
| **Remaining Process to Serve:** | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, fourth data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
**UNCLASSIFIED/FOR OFFICIAL USE ONLY**